RANDY L. ROYAL, TRUSTEE
CHAPTER 7 TRUSTEE
524 5TH AVE. SOUTH
P.O. BOX 551
GREYBULL, WY 82426
PHONE: (307) 765-4433
FAX: (307) 765-9563

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2011 SEP 26  PM 1:2

TIM J. ELLIS

BY_____
DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

In Re:
    NELSON, SARAH TIFFANY ) Case No. 10-20680 PJM
)
)
)
)
    Debtor(s) )

### TRANSMITTAL OF UNCLAIMED FUNDS

I, RANDY L. ROYAL, TRUSTEE, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| ANN KLEIN | 2603 SAMMYE AVE. GILLETTE, WY 82718 | $19.04 |

3. That the Trustee's check for $19.04 payable to the U.S. Bankruptcy Clerk, is attached to this report and list.

DATED this 9 day of September, 2011.

_____
RANDY L. ROYAL, TRUSTEE, Trustee in Bankruptcy

```
            UNITED STATES
           BANKRUPTCY COURT
           DISTRICT OF WYOMING


         # 60772      - JK

         September 26, 2011
              13:36:34


               UNCLAIM
               10-20680
   Debtor : SARAH TIFFANY NELSON
   Judge .: PETER J MCNIFF
   Trustee: Randy Royal
   Amount.                    $19.04 CH
   Check#.: 109



       Total-> $19.04



   FROM: RANDY L. ROYAL
         P.O. BOX 551
         GREYBULL, WY  82426
```